**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **KHALIDA PERVEEN #A075-111-239** | **CASE NO. 6:26-CV-01678 SEC P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **MELLISSA HARPER ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that Petitioner, Khalida Perveen's (A# 075 111 239) petition for *habeas corpus* is **GRANTED** and that Respondents, and the Warden of South Louisiana ICE processing Center shall:

(1) Immediately release Petitioner from custody without bond, under reasonable conditions of supervision, if necessary,

(2) If Petitioner has family and emergency contacts on record, notify them of the exact location and time of Petitioner's release, no less than two (2) hours before her release; and

(3) File a status report in this matter confirming Petitioner's release within 24 hours of release.

**THUS DONE AND SIGNED** in chambers on this 8th day of September, 2026.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**